JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MABB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:25-cv-08795-SB-SSC<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, this action is dismissed as frivolous pursuant to 28 U.S.C § 1915(e).

Date: October 21, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1